FILED

APR 2 9 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **I N D I C T M E N T** |
| | ) | |
| Plaintiff, | ) | **1 : 26 CR 0 0 1 9 0** |
| | ) | |
| v. | ) | CASE NO._____ |
| | ) | Title 18, United States Code, |
| MICHAEL S. DIXON, | ) | Sections 922(g)(1) and 924(a)(8) |
| Defendant. | ) | |
| | ) | **JUDGE ADAMS** |
| | ) | |

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about January 14, 2026, in the Northern District of Ohio, Eastern Division, Defendant MICHAEL S. DIXON, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Felonious Assault, on or about August 2, 2021, in Case Number CR-19-643742, in Cuyahoga County Court of Common Pleas, knowingly possessed a firearm, to wit: a Taurus, model G3C, 9mm caliber pistol, serial number KA28062, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

2.    For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference.  As a result of the foregoing offense, Defendant MICHAEL S. DIXON shall forfeit to the United States all firearms and ammunition involved or used in the commission of the federal firearm violation charged herein; including, but not limited to, the following: a Taurus, model G3C, 9mm caliber pistol, serial number KA28062.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.